104 P.3d 354

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Mizukami v. Mizukami .......... 25928     09/23/2004   Denied